UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THOMAS BURKE,

                                                 07 CV 6510 (VM)

              Plaintiff,

  -against-                               NOTICE OF APPEARANCE

THE CITY OF NEW YORK, DEPARTMENT
OF CORRECTION COMMISSIONER
MARTIN F. HORN, and JOHN DOES #1-3,

              Defendants.
--------------------------------------------------------X

       PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendants CITY OF NEW YORK and CORRECTION COMMISSIONER MARTIN F. HORN.

DATED:      New York, New York
               July 31, 2007

                                                     Respectfully submitted,

                                                     MICHAEL A. CARDOZO
                                                     Corporation Counsel of the City of New York
                                                     *Attorney for Defendants*
                                                     CITY OF NEW YORK and CORRECTION
                                                   COMMISSIONER MARTIN F. HORN
                                                   100 Church Street, Room 3-162
                                                   New York, New York 10007-2601
                                                   (212) 788-9391
                                                   (212) 788-9776 (facsimile)
                                                   bmyrvold@law.nyc.gov

                                                             /s/
                                  By: _____
                                        Barry K. Myrvold (BM6908)