UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

Thomas Burke

                   Plaintiff(s),

    - against -

City of New York

                   Defendant(s).

------------------------------------------------------------------------ X

**VICTOR MARRERO, United States District Judge.**

| | |
|---|---|
| USDS SDNY | |

**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2-19-08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ 6510 (VM)(KNF)

This action is referred to the designated Magistrate Judge for the following purpose(s):

X  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

_____

    All such motions: ___

* Do not check if already referred for general pretrial.

===

    **The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.**

**SO ORDERED**.

DATED:    New York, New York

           15 February 2008

                                    VICTOR MARRERO
                                    United States District Judge