UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS BURKE,                                :

       Plaintiff,                          :

       -against-                           :

THE CITY OF NEW YORK, et al.,                :

       Defendants.                         :
------------------------------------------------------------------X

ORDER

07 Civ. 6510 (VM)(KNF)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #___ DATE FILED: 02/28/08]

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on April 15, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       February 27, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE