



**MEMO ENDORSED**

**SCOTT GLEN CERBIN**
**ATTORNEY AT LAW**

LAW OFFICE OF SCOTT G. CERBIN, LLC
26 COURT STREET   SUITE 810
BROOKLYN, NEW YORK 11242
(718) 596-1829
FAX (718) 228-4612
CERBINLAW.COM

April 17, 2008

<u>Via Facsimile (212) 805-6712</u>
Chambers of Hon. Kevin N. Fox
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Thomas Burke v. City of New York et al
      07 CV 6510 (VM)

Dear Judge Fox:

　　As per our telephone conference of Tuesday, April 15, 2008, I submit this letter request for a one week extension of time to add parties. Counsel for the defendant, Barry Myrvold, Esq., consents to this application.

　　As such, plaintiff respectfully requests leave to serve and file the amended complaint no later than Tuesday, April 22, 2008.

4/17/08
Application granted.
SO ORDERED:
_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Scott G. Cerbin

Cc:   Barry Myrvold, Esq.


Martindale-Hubbell
**Peer Review Rated**

*The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.*