UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THOMAS BURKE,

                               Plaintiff,

       -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F. HORN,
ET. AL.,

                               Defendants.

------------------------------------------------------------------x

ORDER

07 CV 6510 (VM)(KNF)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 05/09/08]

       Upon the application of defendants for leave to take the deposition of plaintiff, THOMAS BURKE, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

       IT IS HEREBY ORDERED: (1) that the Superintendent or other official in charge of Cayuga Correctional Facility, located in Moravia, New York, transport and produce inmate Thomas Burke, DIN 07-A-1529, from the Cayuga Correctional Facility to the Sing Sing Correctional Facility, located in Ossining, New York, for the taking of his deposition on Thursday, May 29, 2008, at 10:00 A.M. until [the 7 hours contemplated by Fed. R. Civ. P. 30(d)(1) expire] ~~completion~~; and (2) that the Superintendent or other official in charge of the Sing Sing Correctional Facility produce inmate Thomas Burke, DIN 07-A-1529, for the taking and recording of his deposition on May 29, 2008 at 10:00 a.m., and ~~for so long thereafter, from day to day, as the deposition continues~~ [until the 7 hours contemplated by Fed. R. Civ. P. 30(d)(1) expire], (3) that Thomas Burke appear in such place as designated by the Superintendent or other official in charge of the Sing Sing Correctional Facility so that his deposition may be taken.

Dated: New York, New York
       May 9, 2008

SO ORDERED:

/s/ Kevin Nathaniel Fox
_____
Hon. Kevin Nathaniel Fox