UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS BURKE,                                    :

        Plaintiff,                              :
                                                      ORDER

    -against-                                      :
                                                      07 Civ. 6510 (VM)(KNF)

THE CITY OF NEW YORK, et al.,                    :

        Defendants.                            :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference will be held in the above-captioned action on October 8, 2008, at 12:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date to (212) 805-6705.

Dated: New York, New York              SO ORDERED:
       June 16, 2008

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Scott G. Cerbin, Esq.
Barry Myrvold, Esq.