**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 6/17/08

**SCOTT GLEN CERBIN**
**ATTORNEY AT LAW**

LAW OFFICE OF SCOTT G. CERBIN, LLC
26 COURT STREET   SUITE 810
BROOKLYN, NEW YORK 11242
(718) 596-1829
FAX (718) 228-4612
CERBINLAW.COM



RECEIVED
JUN 12 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

June 12, 2008

6/17/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Via Facsimile (212) 805-6712
Chambers of Hon. Kevin N. Fox
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Thomas Burke v. City of New York et al
    07 CV 6510 (VM)

Your Honor:

    I am the attorney for the plaintiff Thomas Burke in this action. The plaintiff respectfully moves for an order enlarging fact and expert discovery by ninety days to September 15, 2008, and November 15, 2008, respectively. And for an order permitting service by certified mail-return receipt requested upon the added defendants.

    The extension of time is occasioned by the addition of seven (7) defendants via the amended complaint of April 21, 2008; as well as additional information obtained from plaintiff Thomas Burke at his deposition of May 29, 2008. Counsel for Defendants City of New York and Correction Commissioner Martin F. Horn, Barry Myrvold, Esq., consents to the extension of time.

    The case is further delayed by the refusal of the added defendants to acknowledge service by mail at their place of business, the New York City Department of Correction (DOC) headquarters at 60 Hudson Street, New York, NY. Rather, the defendants are apparently insisting on being personally served at their respective commands on Rikers Island. The problem with such service is that the DOC will not allow my process server access to these secure facilities. Instead, he is referred to 60 Hudson where he is then referred back to Rikers.

    I believe that all of the defendants are in receipt of the supplemental summons and amended complaint which I personally served on DOC headquarters via priority mail on May 17, 2008. Accordingly, plaintiff respectfully requests an order permitting service of the supplemental summons and amended complaint via certified mail-return receipt requested to the added defendant's respective commands.



Martindale-Hubbell
Peer Review Rated
For Ethical Standards and Legal Ability

The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.

Respectfully submitted,

Scott G. Cerbin

Cc: Barry Myrvold, Esq.

Martindale-Hubbell
Peer Review Rated
For Ethical Standards and Legal Ability

*The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.*