# SCOTT GLEN CERBIN
## ATTORNEY AT LAW

LAW OFFICE OF SCOTT G. CERBIN, LLC
26 COURT STREET  SUITE 810
BROOKLYN, NEW YORK 11242
(718) 596-1829
FAX (718) 228-4612
CERBINLAW.COM

June 19, 2008

Via Facsimile (212) 805-6382
Hon. Victor Marrero
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08
```

**Re:** Thomas Burke v. City of New York et al
07 CV 6510 (VM)

Your Honor:

I am the attorney for the plaintiff Thomas Burke in this action. After consultation with counsel for the defendants, Barry Myrvold, Esq., we jointly request an adjournment of the conference now scheduled for June 20, 2008 to a date convenient for the Court in mid September.

At this time the parties are in the process of serving and responding to amended complaints, etc. As such we do not believe that a settlement conference would be productive at this juncture. I would also note that Judge Fox has scheduled a conference in this action for 12 p.m. on October 8, 2008.

Accordingly, the within parties respectfully request that the Court adjourn this matter to a convenient date on or about the middle of September 2008.

Respectfully submitted,

Scott G. Cerbin

Cc: Barry Myrvold, Esq.

> Request GRANTED. The next status conference herein is rescheduled to a date to be set following the completion of fact discovery as determined by Magistrate Judge Fox.
> SO ORDERED.
> 6-20-08
> DATE
> VICTOR MARRERO, U.S.D.J.

Martindale-Hubbell
Peer Review Rated

The Martindale-Hubbell Peer Review Icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.