UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS BURKE,

- against -

THE CITY OF NEW YORK, ET AL.,

07 CV 6510 (VM)(KNF)

**AFFIRMATION OF SERVICE**

---

I, Scott G. Cerbin, **declare under penalty of perjury** that I have served a copy of the within supplemental summons and amended complaint upon Brian P. Riordan, whose address is 1818 Hazen Street, E. Elmhurst NY 11370, and upon Jeffrey Spriggs, whose address is 100 Mandinici Road, E. Elmhurst NY 11370, and upon M. Daniels, A. Watson, G. Gatto, D. Wilson, L. Bradford, G. Mannino, and B. Bush, whose addresses are Personnel Captain, ESU, 1616 Hazen Street, E. Elmhurst NY 11370 by certified mail-return receipt requested (pursuant to court order).

Dated: Brooklyn, New York
       June 25, 2008

Respectfully submitted,

SCOTT G. CERBIN, LLC
Counsel for Plaintiff Thomas Burke

By: Scott G. Cerbin (SC5508)
26 Court Street, Suite 810
Brooklyn, NY 11242
(718) 596-1829