UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS BURKE,

\- against -

THE CITY OF NEW YORK, ET AL.,

07 CV 6510 (VM)(KNF)

**AFFIRMATION OF SERVICE**

---

I, Scott G. Cerbin, **declare under penalty of perjury** that I have served a copy of the within amended complaint upon The City of New York, and Commisioner Martin F. Horn by mailing a true copy thereof to Barry Myrvold, Esq., on April 28, 2008 at 100 Church Street, New York NY 10007.

Dated: Brooklyn, New York
　　　　June 26, 2008

Respectfully submitted,

SCOTT G. CERBIN, LLC
Counsel for Plaintiff Thomas Burke

By: Scott G. Cerbin (SC5508)
26 Court Street, Suite 810
Brooklyn, NY 11242
(718) 596-1829